FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT PM # 13
for the
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Berta Lidia Hernandez Diaz )
_Plaintiff(s)_ )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
ACLUM, YWCA, Heading Home, )
Cambridge Shelter, MCAD. and )
President Trump. )
_Defendant(s)_ )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Berta Lidia Hernandez Diaz
Street Address: P.O. Box 391774
City and County: Cambridge, MA, 02139
State and Zip Code: Massachusetts, 02139
Telephone Number: N/A
E-mail Address: Cleopatradalila56@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: President Donald Trump
- Job or Title (if known): President of U.S.
- Street Address: White House
- City and County: 1600 Pennsylvania Ave. NW
- State and Zip Code: Washington D.C. 20500
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Intake Attorney Kathleen Navin, American Civil Liberties Union of Massachusetts
- Job or Title (if known): Intake Attorney
- Street Address: 211 Congress St
- City and County: Boston, MA 02110
- State and Zip Code: MA. 02110
- Telephone Number: 617 482-3170
- E-mail Address (if known): Knavin@aclum.org

Defendant No. 3
- Name: Mark Evans Representative Ind. Services YWCA Heading Home Cambridge Shelter.
- Job or Title (if known): 7 Temple St
- Street Address: Cambridge MA 02139
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Sheila Mathieu Investigator Commonwealth of Mass. Comm. against Discrimination (MCAD)
- Job or Title (if known):
- Street Address: 1 Ashburton place
- City and County: Boston MA 02108
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question ACLUM   [✓] Diversity of citizenship President Trump.

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Racial hatred and Racial Discrimination against my complaints to Beth Israel Deaconess Medical Center, Brigham & Women's Hospital, The Boston Public schools, The Fenway Health center, The Mass Health Insurance, Including my complaints: MCAD Federal charge Docket Number 14BPH 02306 / MCAD Federal charge Docket Number 14BPA 00125 / MCAD Federal charge Docket Number 06BEM 00965. This was in violation to my human and civil Rights and against my Latino roots. This involves ACLUM, YWCA, MCAD and President Trump.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual Berta Lidia Hernandez Diaz.
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* Massachusetts MA.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, (name) **President Trump**, is incorporated under the laws of the State of (name) **Washington D.C.**, and has its principal place of business in the State of (name) **White House / Pentagon in Washington and** Or is incorporated under the laws of (foreign nation) **Trump Tower conects with** and has its principal place of business in (name) **the whole world. Please check the attachment for more info.**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain): **President Trump administration with the previous Administrations took my health for granted. I was an excellent worker and responsible with my taxes, and because of that they intended to kill me throwing the medical system and contaminated my body with bacteria. Please check the attachment for more info.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**On January 19, 2018 President Trump and the ACLUm intended to liberated from charges the corporate YWCA Heading Home Cambridge shelter, and Beth Deaconess Medical Center, and Brigham & Women's Hospital, the Boston Public Schools, The Fenway Health Center, The Mass Health Insurance, and the Commonwealth of Mass. Commission against Discrimination over my own rights. Please check the attachment for more info.**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **The Laboral shutdown is a measurement taken against my Civil Rights, and affects me psychologically and morally. The illegal and violent response that I received from President Trump and other administrations against me, and my family. Please check the attachment for more information.**

b. If the defendant is a corporation Continuation.

Name: Kathleen Navin Intake Attorney American Civil Liberties Union of Massachusetts, is a corporated under the Laws of the State of Massachusetts. and works state wide the nation. with address at 211 Congress St. Boston, MA. 02110

3. The amount in controversy continuation.

Parasites, fungi and viruses in Brigham & Women's Hospital on May 6, 2006.

Besides, Former CIA Director Mike Pompeo duped off the elections in 2016 to pit President Trump in the Oval Office to attemp against my claim, in addition, the Laboral shutdown is a measurement that affects me psychologically because it is against my rights, to the point to disabled me.

My basic rights were denied to me for President Trump's orders. I do not have medical care, I do not have a job, I do not have a house, food and clothes, and most importantly Peace, and because of this I do not have resources to pay for the costs of the court and Attorney fees.

Sincerely,

Berta Memand

III.
## Statement of Claim continuation.

Despite the hazardous effects it may have on my current disabilities and pre-existing health conditions, this was clearly a premeditate act against my security and my life by President Trump and The ACLUM. And not only does this have the potential to negatively affect me, but also other people's lives of whom I advocate for.

I am saying this because The ACLUM attempted against my claim on December 22, 23 2017 against President Donald Trump, and President Trump attempted against my claim MCAD Federal Charge Docket Number 14 BPA 02 306. He followed same pattern than others Administration against me.

As a result I suffer of Fibromyalgia, headaches, migraines, abdominal aortic Aneurism Pain in my bones and joins, and other health conditions.

Sincerely
Berta Hernand

## IV. Relief continuation.

and the people whom I advocate for or the country I advocate for against any intent from this Administration and future Administrations is protected with the amount of $12 billion five hundred thousand million of dollars multiplied by 59 times. This is Life Insurance for me and my family and whistleblower Edward Snowden, Pope Francis, and each member in the OHCHR and for Presidents and Ministers from other nations.

The charges that I am pressing against ACLU M is $24 billion five hundred thousand million of dollars

The charges that I am pressing against President Trump is $12 billion five hundred thousand million of dollars multiplied by 59 times. I am charging additional $12 billion five hundred thousand million of dollars multiplied 59 times against the physically assault that I confronted on December 15, 2018. The summarized Total is my monetary relief. There is also a 8% on 6 billion since May 27, 2017.

The decision from President Trump to resolve this problem by attacking with chemical weapons the people in Syria and by attacking with misile the communities of Iran, including action taken by other Administration, as the invasion to Irag and the assasination of former President Saddam Hussein, and the invasion to Lybia an the assasination of former

→

President Muhamad Kadafy, and Mr. Bin Laden in Afghanistan, in addition of the attemp against President Nicolas Maduro's life on August 4, 2018, the shoot down of Cubana de Aviation in Cuba, the shoot down of the Russian military Band plane, the shoot down of the Malasya plane in 2016. All of these are illegal decision taken by President Trump and other Administration against my Civil Rights, these actions and similar actions are charged with same amount.

President Trump is the intellectual actor in murdering Journalist Jamal Khashoggi in the Saudi Arabia Embassy in Turkey to intent to scape from this charge on October 2, 2018. The charge against President Trump and Prince Bin Salman for murdering Mr. Knashoggi is $500 billion for a relief for his family, and this goes direckly to his family.

A detailed information is in my letters on August 26, 2018, and in my letter on September 28, 2018, and in my letter on January 22, 2019 and I am including a copy with this claim. President Trump was aware of the charges and his actions were cold, calculated and intentionally acts.

Sincerely,

Berta Hernandez

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 1, 2019

Signature of Plaintiff: *Berta Hernandez*

Printed Name of Plaintiff: Berta Hernandez

### B.    For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address