UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
BERTA LIDIA HERNANDEZ DIAZ,         )
            Plaintiff,              )
                                    )        CIVIL ACTION
            v.                      )        NO. 19-10233-WGY
                                    )
DONALD TRUMP, et al.,               )
            Defendants.             )
                                    )
_____

YOUNG, D.J.                                        May 14, 2019

**ORDER**

Berta Lidia Hernandez Diaz ("plaintiff" or "Diaz")
initiated this action by filing a civil rights complaint naming
as defendants President Donald Trump; Kathleen Navin of the
American Civil Liberties Union of Massachusetts ("ACLU"); Mark
Evans of the YWCA Heading Home Shelter; and Sheila Mathieu of
the Massachusetts Commission Against Discrimination ("MCAD").
The complaint consists primarily of a recounting of events
surrounding her unsuccessful efforts to seek redress from
several hospitals, the Boston Public Schools, the MCAD, the ACLU
and the YMCA Heading Home Cambridge Shelter.  Plaintiff filed
three separate charges with the MCAD and alleges that she was
subjected to discrimination based on race, national original and
disability.

By Memorandum and Order dated February 11, 2019, Diaz was
granted leave to proceed in forma pauperis.  See Docket No. 5.

Diaz was advised that her complaint failed to meet the pleading requirements of the Federal Rules of Civil Procedure. The allegations fail to include facts specifically describing the conduct on the part of each defendant that Diaz challenges. Additionally, she was advised that the complaint failed to state Section 1983 claims against the defendants. Diaz was directed to show cause why her complaint should not be dismissed or, in the alternative, file an amended complaint that cures the pleading deficiencies of the original complaint.

Now before the Court is plaintiff's amended complaint and over 300 pages of exhibits. See Docket Nos. 6-7. Plaintiff's amended complaint, as did her original complaint, recounts a series of events surrounding her unsuccessful efforts to seek redress from several hospitals, the Boston Public Schools, the MCAD, the ACLU and the YMCA Heading Home Cambridge Shelter. See Docket No. 6.

Plaintiff failed to demonstrate good cause why this action should not be dismissed. The amended complaint suffers from the same pleading deficiencies as the original complaint and fails to state a claim on which relief may be granted. Based on the foregoing, and in accordance with the Court's Memorandum and Order dated February 11, 2019, this action is

DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

<u>/s/  William G. Young</u>
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE